UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN MAUS,

Plaintiff,

v.

STEPHANIE OLMSTED,

Defendant.

Case No.  25-cv-09933-PCP

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On November 17, 2025, the Court received two motions from Plaintiff. Dkt. Nos. 1, 2. On that date, the Clerk of the Court opened an action in Plaintiff's name and notified Plaintiff that he must file a complaint or a habeas petition in order to pursue any claims for relief. Dkt. No. 3.  Also on that date, the Clerk notified Plaintiff that the action was deficient because he had neither paid the filing fee, nor filed an *in forma pauperis* ("IFP") application. Dkt. No. 4. Plaintiff was advised that failure to pay the fee or file an IFP application within 28 days would result in dismissal of the action. *See id*.

Plaintiff has not filed a complaint or habeas petition, and did not pay the filing fee or file an IFP application. The deadline by which to perform these tasks has passed. This federal action is DISMISSED without prejudice for failure to comply with the Clerk's Notice and for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do this, he must file (1) a motion with the words MOTION TO REOPEN written on the first page; **and** (2) a complaint or habeas petition, depending on the nature of relief requested; **and** (3) must pay the filing fee or file an IFP application.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: February 23, 2026

_____
P. Casey Pitts
United States District Judge